UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | ED CV 25-978-DMG (SPx) | Date | June 13, 2025 |
|---|---|---|---|
| Title | *Rhonda Pringle v. Five Below, Inc., et al.* | Page | 1 of 1 |

Present: The Honorable **DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE**

| DEREK DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: [IN CHAMBERS] ORDER TO SHOW CAUSE AND NOTICE TO ALL PARTIES**

On April 28, 2025, the Court set a Scheduling Conference. [Doc. # 9.] As required by the Court's April 28, 2025 Order, Fed. R. Civ. P. 26(f), and Local Rule 26-1, counsel were required to file a Joint Rule 26(f) Report by June 6, 2025. To date, a Joint Rule 26(f) Report has not been filed.

IT IS HEREBY ORDERED that the parties show cause in writing no later than **June 20, 2025** why sanctions should not be imposed for their failure to cooperate and participate with opposing counsel in a Rule 26(f) conference and for failure to file a Joint Rule 26(f) Report. The filing of a Joint Rule 26(f) Report by the deadline will be deemed a satisfactory response. **Failure to timely respond to this Order to Show Cause will result in the dismissal of this action for lack of prosecution.**

The scheduling conference on June 20, 2025 is hereby VACATED and will be rescheduled if necessary.

**IT IS SO ORDERED**.